AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MARYANN RUDZINSKAS,

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

      **V.**

CASE NUMBER: 4:24-cv-00009

RETRACTABLE TECHNOLOGIES, INC.,

      Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated September 29, 2025, Defendant's Motion for

Summary Judgment is granted.  This case stands closed.

9/29/2025

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/1/03